UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID WARD

VERSUS

SOUTHERN COUNTY MUTUAL
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 08-744-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 19, 2009 (doc. no. 18) to which no objection was filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for remand (doc. no. 13) is GRANTED and this matter is REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 11th day of June, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA